UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DECARLO, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and Does 1 through 100, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.:  14cv00202 JAH-BLM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND RELATED DATES ON MBNR'S MOTION TO DISMISS** |

　　　On April 23, 2020, plaintiff Jason DeCarlo ("Plaintiff") filed his Fourth Amended Complaint. (Dkt. No. 79.) On May 7, 2020, defendant MBNR, Inc. ("MBNR") filed a Motion to Dismiss Plaintiff's Fourth Amended Complaint ("Motion") with a hearing date of June 22, 2020 (Dkt. No. 81.) Plaintiff and MBNR have filed a joint motion seeking to continue the hearing on MBNR's Motion—and the briefing deadlines on the same—by at least 14 days.

　　　The Court, having considered the joint motion, and good cause appearing, hereby GRANTS the joint motion.  Accordingly, it is ORDERED that June 22, 2020 hearing date

is hereby vacated and continued until **July 6, 2020 at 2:30 p.m.**. The deadlines for Plaintiff's opposition papers and MBNR's reply papers shall be calculated based upon this new hearing date.

IT IS SO ORDERED.

DATED: June 4, 2020

_____
JOHN A. HOUSTON
United States District Judge