UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jason DeCarlo,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Costco Wholesale Corporation**, a Washington corporation; and **Does 1 through 100**, Inclusive,<br><br>Defendant. | Case No.:   14CV0202 JAH (BLM)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND RELATED DATES ON MBNR'S MOTION TO DISMISS<br><br>Dept.:   13B<br>Judge:   Hon. John A. Houston |

On April 23, 2020, plaintiff Jason DeCarlo ("Plaintiff") filed his Fourth Amended Complaint. (Dkt. No. 79.) On May 7, 2020, defendant MBNR, Inc. ("MBNR") filed a Motion to Dismiss Plaintiff's Fourth Amended Complaint ("Motion") with a hearing date of June 22, 2020. (Dkt. No. 81.) On June 4, 2020, Plaintiff and MBNR filed a joint motion seeking to continue the hearing on MBNR's Motion—and the briefing deadlines on the same—by at least 14 days. (Dkt. No. 85.) The Court granted the joint motion, continuing the hearing on MBNR's Motion to July 6, 2020 (Dkt. No. 86.)

However, Plaintiff and MBNR have represented that they are still awaiting receipt of evidence that may result in Plaintiff dismissing MBNR from this case which would obviate the need for the Court to rule on MBNR's Motion. Thus, on June 17, 2020, Plaintiff and MBNR filed another joint motion seeking to continue the hearing on MBNR's Motion—and the briefing deadlines on the same—by at least 30 days.

The Court, having considered the June 17, 2020 joint motion, and good cause appearing, hereby GRANTS the joint motion. Accordingly, it is ORDERED that the July 6, 2020 hearing date on MBNR's Motion is hereby vacated and continued to **August 10, 2020 at 2:30 p.m.** The deadlines for Plaintiff's opposition papers and MBNR's reply papers shall be calculated based upon this new hearing date.

**IT IS SO ORDERED.**

DATED: June 18, 2020

_____
Hon. John A. Houston
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28